**Raymond R. HENDERSON, Plaintiff–Appellant,**

v.

**VASCO, INC.; Abbott's Auto Service; Expedited Shipping Solutions; Subcontracting Concepts, Inc.; Tech Parts Express; Quality Automotive Warehouse, Inc.; Factory Parts; Uci Warehouse, Corp.; Labor Finders of Virginia, Inc., Defendants–Appellees.**

No. 12–1636.

United States Court of Appeals, Fourth Circuit.

Submitted: Sept. 25, 2012.

Decided: Oct. 11, 2012.

Raymond R. Henderson, Appellant Pro Se.

Before GREGORY, DUNCAN, and WYNN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Raymond R. Henderson appeals the district court's order dismissing this action for want of subject matter jurisdiction. *See* 28 U.S.C. § 1915(e) (2006); Fed. R.Civ.P. 12(h)(3). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Henderson v. Vasco, Inc.*, No. 3:12–cv–00244–HEH (E.D.Va. Apr. 12, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*